# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
LOWELL A. REED, JR.
SENIOR JUDGE

October 21, 2004

4001 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1705
215-597-0022

The Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2003 Filing

Dear Judge Lisi:

I am responding to your letter of September 28, 2004.

I believe the Amended Form AO-10 for 2003 and my letter certification of August 31, 2004 demonstrate that the requirements of the filing instructions have been met. My August 31, 2004 letter provides in the fourth and fifth paragraphs that:

My spouse's non-investment income is paid to her as a commission as one of three trustees; she is not a beneficiary of the trust, either as to income or distribution of corpus. This is a private testamentary trust in which spouse has no property interest now or as a remainder man. The corpus of the trust never was and never will be derived from the assets, income or activities of the filer or the spouse. The filer cannot expect to derive a benefit from the trust income or corpus. The service of spouse as a trustee, and commissions earned are the sole financial interest and responsibility of the spouse. Neither the filer nor the spouse has filed any joint tax return with the trust and the filer has no knowledge of the property or corpus of the trust. Finally, my spouse's annual commission is not based upon the level of profitability of the trust property.

I have made these disclosures in substance for reporting years 1995 and 1996. Your files will show that each of these years was cleared and closed without disclosure of the individual investments in the trust.

The second paragraph of your letter of September 28, 2004 is identical to the language of your August 2, 2004 letter. You seem to have given no effect to the certification in my letter of September 28th quoted above. You may, of course, consider my truthful certification in my letter of September 28, 2004 as a further amendment to my 2003 report and release it to the public.

RECEIVED 2004 OCT 26 A 11: 5 FINANCIAL DISCLOSURE OFFICE

I respectfully request that my 2003 report be closed.

Many thanks for your continued careful attention to these matter.

Sincerely,



LOWELL A. REED, JR.

AMENDED

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2004 | | |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) REED, Jr., Lowell A | 2. Court or Organization U.S. District Court | 3. Date of Report 8/31/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 4001 US Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED SEP 8 11 00 AM '04 FINANCIAL DISCLOSURE OFFICE

## .I. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2/03 | Trustee, Testamentary Trust, Trustees commissions. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Name of Person Reporting | | Date of Report | |
|---|---|---|---|---|---|
| | | REED, Jr., Lowell A | | 3/31/2004 | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PNC Bank | A | Interest | J | T | | | | | |
| 2. Nicholas Fund IRA | A | Dividend | M | T | | | | | |
| 3. Janus Fund IRA | B | Dividend | K | T | Partial | 12/12 | K | | |
| 4. Vanguard PA Tax Free | A | Dividend | K | T | | | | | |
| 5. Vanguard Intermediate Bond Fund | B | Dividend | L | T | | | | | |
| 6. Vanguard Windsor Fund IRA | A | Dividend | K | T | | | | | |
| 7. PP&L Common | A | Dividend | K | T | | | | | |
| 8. IBM Common | A | Dividend | J | T | | | | | |
| 9. Vanguard PA Tx Free MM | A | Interest | L | T | | | | | |
| 10. Contains Wellington | B | Dividend | K | T | | | | | |
| 11. Contains MM | A | Dividend | M | T | | | | | |
| 12. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 13. Index 500 – Vanguard | A | Dividend | K | T | | | | | |
| 14. Vanguard Index Trust - Extended market | A | Dividend | J | T | | | | | |
| 15. Equity Income Fund | A | Dividend | J | T | | | | | |
| 16. Delaware Delcap Concept Series 1 | A | Dividend | J | T | | | | | |
| 17. Jennison Utility Fund Class A (name change) | A | Dividend | K | T | | | | | |
| 18. Units Govt Securities Equity Trust Series 4 | A | Dividend | K | T | called | 11/03 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15.001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 8/31/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Gov't Nat. Mort. Coupon | A | Interest | J | T | | | | | |
| 20. Gov't. Trust Zero Coupon | C | Interest | | | Maturity | 11/17 | L | E | |
| 21. Coca Cola Common | A | Dividend | J | T | | | | | |
| 22. PRU Money Market | B | Interest | M | T | | | | | |
| 23. Finance Corp. FICO Strips | B | Interest | | | Maturity | 12/08 | K | J | |
| 24. Finance Corp. FICO Strips | A | Interest | J | T | | | | | |
| 25. CD Lehman Bros., Wilmington, DE | B | Interest | K | T | | | | | |
| 26. CD Bank of the West | A | Interest | | | Maturity | 5/03 | K | A | |
| 27. CD Cross Country Bank, Wilmington, DE | A | Interest | J | T | | | | | |
| 28. FHLMC REMIC | A | Interest | | | Called | 3/17 | J | A | |
| 29. CD Discover Bank, New Castle, DE | A | Interest | K | T | | | | | |
| 30. CD Discover Bank, New Castle,DE | B | Interest | K | T | | | | | |
| 31. FHLMC | | None | K | T | Buy | 12/26 | K | | |
| 32. Banco Bilbao Vizcaoa | A | Interest | K | T | Buy | 2/28 | K | | |
| 33. Mill Creek, Salt Lake | A | Interest | K | T | Buy | 2/12 | K | | |
| 34. Mill Creek, Salt Lake | A | Interest | | | Maturity | 8/12 | K | A | |
| 35. CD MBNA America Bank    Delaware | A | Interest | J | T | Buy | 2/26 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,000-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REED, Jr., Lowell A | 8/31/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REED, Jr., Lowell A | 8/31/2004 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date August 31, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) REED, Jr., Lowell A | 2. Court or Organization U.S. District Court | 3. Date of Report 5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 4001 US Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 10 57 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2/03 | Trustee, Testamentary Trust, Trustees commissions. |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A–H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PNC Bank | | Interest | J | T | | | | | |
| 2. Nicholas Fund IRA | A | Dividend | M | T | | | | | |
| 3. Janus Fund IRA | | Dividend | K | T | Partial | 12/12 | K | | |
| 4. Vanguard PA Tax Free | A | Dividend | K | T | | | | | |
| 5. Vanguard Intermediate Bond Fund | B | Dividend | L | T | | | | | |
| 6. Vanguard Windsor Fund IRA | A | Dividend | K | T | | | | | |
| 7. PP&L Common | A | Dividend | K | T | | | | | |
| 8. IBM Common | A | Dividend | J | T | | | | | |
| 9. Vanguard PA Tx Free MM | A | Interest | L | T | | | | | |
| 10. Contains Wellington | B | Dividend | K | T | | | | | |
| 11. Contains MM | A | Dividend | M | T | | | | | |
| 12. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 13. Index 500 - Vanguard | A | Dividend | K | T | | | | | |
| 14. Vanguard Index Trust - Extended market | A | Dividend | J | T | | | | | |
| 15. Equity Income Fund | A | Dividend | J | T | | | | | |
| 16. Delaware Delcap Concept Series 1 | A | Dividend | J | T | | | | | |
| 17. Jennison Utility Fund Class A (name change) | A | Dividend | K | T | | | | | |
| 18. Units Govt Securities Equity Trust Series 4 | A | Dividend | K | T | called | 11/03 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REED, Jr., Lowell A | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  Gov't Nat. Mort. Coupon | A | Interest | J | T | | | | | |
| 20.  Gov't Trust Zero Coupon | C | Interest | | | Maturity | 11/17 | L | K | |
| 21.  Coca Cola Common | | Dividend | | T | | | | | |
| 22.  PRU Money Market | B | Interest | M | T | | | | | |
| 23.  Finance Corp. FICO Strips | B | Interest | -- | | Maturity | 12/08 | K | J | |
| 24.  Finance Corp. FICO Strips | A | Interest | J | T | | | | | |
| 25.  CD Lehman Bros., Wilmington, DE | B | Interest | K | T | | | | | |
| 26.  CD Bank of the West | A | Interest | | | Maturity | 5/03 | K | A | |
| 27.  CD Cross Country Bank, Wilmington, DE | A | Interest | J | T | | | | | |
| 28.  FHLMC REMIC | | Interest | J | T | Called | 3/17 | J | | |
| 29.  CD Discover Bank, New Castle, DE | A | Interest | K | T | | | | | |
| 30.  CD Discover Bank, New Castle, DE | B | Interest | K | T | | | | | |
| 31.  FHLMC | | Interest | K | T | Buy | 12/26 | | | |
| 32.  Banco Bilbao Vizcaoa | A | Interest | K | T | Buy | 2/28 | K | | |
| 33.  Mill Creek, Salt Lake | A | Interest | K | T | Buy | 2/12 | K | | |
| 34.  Mill Creek, Salt Lake | A | Interest | | | Maturity | 8/12 | K | A | |
| 35.  CD MBNA America Bank        Delaware | A | Interest | J | T | Buy | 2/26 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REED, Jr., Lowell A | 5/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above ( ncluding information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature   Date _May 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border: 1px solid black;">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>